IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DAVID NICOLAS BRITO CEDILLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-2683 (RDA/IDD) |
| | ) | |
| JEFFERY CRAWFORD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter comes before the Court on Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief and Emergency TRO. Dkt. 10. Petitioner asserts that he voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(2) without prejudice.

Accordingly, it is hereby ORDERED that this civil action is DISMISSED as WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
August 26, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge